Roy KELLY et al., Appellants,

v.

DUCO, INC., et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Rehearing Denied Oct. 4, 1974.

Diederich & Hermansdorfer, Ashland, for appellants.

John R. McGinnis, J. D. Atkinson, Jr., Greenup, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

James D. JACKSON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Aug. 27, 1974.

A. M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Eliose B. BOGGESS, Petitioner,

v.

Alexander BOOTH, Judge, Jefferson Circuit Court, etc., Respondent.

Court of Appeals of Kentucky.

Aug. 27, 1974.

Allen Schmitt, Schmitt & Sandmann, Louisville, for appellant.

Joseph V. Mobley, Hubbs & Mobley, Louisville, for appellee.

PER CURIAM, Denying Prohibition.*

Bobby MAYES, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Aug. 27, 1974.

E. Lambert Farmer, Jr., King, Deep & Branaman, Henderson, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, Thomas R. Emerson, Asst. Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.